**No. 62506.**—P. John Hanrahan, Inc. *v.* United States, protest 324741–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62507.**—Sam Forwand Co. *v.* United States, protest 327185–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62508.**—Darlington Pearl Works and J. W. Hampton, Jr., & Co. of Phila. *v.* United States, protests 313437–K (B) and 313437–K (A) (Philadelphia).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C. C. P. A. 82, C. A. D. 677), the claim of the plaintiffs was sustained.

**No. 62509.**—F. C. Mackay et al. *v.* United States, protests 313655–K, etc. (Pembina).

DONLON, Judge:  These protests were consolidated for trial, evidence was adduced, and the protests submitted for decision, with leave granted counsel to file briefs.  Counsel now have filed a stipulation asking that the submission be set aside.  The stipulation includes a written notice that plaintiffs abandon these protests.

Order setting aside the submission has been filed.  The consolidated protests, having been abandoned, are dismissed.

Judgment will be entered accordingly.

BEFORE THE FIRST DIVISION, DECEMBER 3, 1958

**No. 62510.**—Teigh, Inc. *v.* United States, protest 327495–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.